UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60059-CR-COHN/VALLE

UNITED STATES OF AMERICA,

v.

JASON MATTHEW BONAVENTURA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 158] ("Report") of Magistrate Judge Alicia O. Valle regarding Third Party Stacy Dimitrakis' Petition Asserting Third Party Rights and Interest in Real Property [DE 137] ("Petition") and the Government's Motion to Dismiss the Petition [DE 141] ("Motion to Dismiss").  The Court has reviewed the Petition, Motion to Dismiss, Report, the record in this case, and is otherwise fully advised in the premises.  The Court notes that Petitioner did not file objections to the Report, and the deadline for doing so has passed.  Upon careful consideration, the Court will adopt the Report in its entirety, grant the Motion to Dismiss, and dismiss the Petition for lack of standing.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.    The Report and Recommendation [DE 158] is hereby **ADOPTED**;

2.    The Government's Motion to Dismiss [DE 141] is hereby **GRANTED**; and

3. The Petition [DE 137] is **DISMISSED** for lack of standing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of November, 2025.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Magistrate Judge Alicia O. Valle
Counsel of record via CM/ECF